# PROCEEDING MEMO

Date: August 24, 2016                                                                11:00 a.m.

In re:  William L. Grimm, III and                    Bankruptcy No. 10-29061 CMB
       Elizabeth A. Grimm

                                    Chapter 13

                                    Doc. 130 & 137

Appearances:  Brent Lemon, D.

Movant(s):     Brian C. Thompson, Esq. for Debtor

Respondent(s): ~~Winnecour / Pail / Bedford~~ / Katz ✓

Nature of Proceeding:  Amended Motion for Payment of Unclaimed Funds (130)
                                     Amended Notice of Hearing / Cert. of Service (131 & 132)

Additional Pleadings:  Trustee's Response (135)

Judge's Notes

Outcome:                                       Motion withdrawn by Lemon.

\_\_\_\_\_Motion is GRANTED  _____Order entered

\_\_\_\_\_Motion is DENIED  _____Order entered

__X__ Motion WITHDRAWN

\_\_\_\_\_Motion is DISMISSED _____ Order entered

\_\_\_\_\_Reschedule for Proper Service

\_\_\_\_\_Case DISMISSED _____Order entered

\_\_\_\_\_Parties to submit Order/Settlement/Stipulation by _____days

\_\_\_\_\_CONTINUED MATTER:   _____for at least _____days (Court to Issue Order)

_____ to hearing date of _____

\_\_\_\_ISSUE EVIDENTIARY HEARING NOTICE

_____ Discovery time needed _____ days

_____ Briefs to be filed:  Movant(s) brief due _____days
                                 Respondent(s) brief due _____days
                                 Trustee's brief due _____days

                                                                     Carlota M. Bohm
                                                                     U.S. Bankruptcy Judge

**FILED**

AUG 24 2016

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA